Certificate Number: 16199-CO-CC-034054496



16199-CO-CC-034054496

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 6, 2020, at 3:10 o'clock AM EST, Joseph Anthony Romero Workman received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 6, 2020          By:   /s/Jan Paredes

                                  Name: Jan Paredes

                                  Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).