**P.F. CHANG'S**

P.F. Changs China Bistro, Inc.
8377 E. Hartford
Ste. 200
Scottsdale, AZ 85255
480-888-3000

**Pay Statement**
**Period Start Date** 03/11/2020
**Period End Date** 03/24/2020
**Pay Date** 03/30/2020
**Document** 10589557
**Net Pay** $85.15

## Pay Details

| | | | |
|---|---|---|---|
| Joseph Anthony Romero Workman | Employee Number 313650 | Pay Group Bistro Hourly | |
| 622 E Magnolia | SSN 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 | Location 9981 Loveland | |
| Fort Collins, CO 80524 | Job Server - PFC | Cost Center 9981 - 9981 Loveland | |
| USA | Pay Rate $8.9800 | Market BCM08 - Bistro - Central 08 | |
| | Pay Frequency Biweekly | Region BCEN - Bistro - Central | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | | | 0.0000 | $0.0000 | $0.00 | $19.91 |
| OT Premium Rate | | | 0.0000 | $0.0000 | $0.00 | $13.55 |
| Regular | 1 | Server - PFC | 28.7400 | $8.9800 | $258.09 | |
| Regular | 1 | Bartender Dinner - PFC | 3.6300 | $8.9800 | $32.60 | $3,290.95 |
| Tips-Cash | 1 | Server - PFC | | | $737.00 | |
| Tips-Cash | 1 | Bartender Dinner - PFC | | | $59.00 | $9,332.00 |

Total Hours Worked 32.3700    Total Hours 32.3700

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.9800 | 32.3700 | $3.0200 | $97.75 |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Lucky Cat Fund | No | $1.00 | $5.00 | $0.00 | $0.00 |
| Retro Medical | Yes | $0.00 | $103.78 | $0.00 | $0.00 |
| Tips-Cash | No | $796.00 | $9,332.00 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $0.00 | $0.00 | $2.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $85.42 | $1,313.93 |
| Employee Medicare | $15.75 | $182.01 |
| Social Security Employee Tax | $67.37 | $778.26 |
| CO State Income Tax | $36.00 | $471.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7591 | Checking | $85.15 |
| Total | | $85.15 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,086.69 | $1,086.69 | $204.54 | $797.00 | $85.15 |
| YTD | $12,656.41 | $12,552.63 | $2,745.20 | $9,440.78 | $470.43 |

vsn 20181003

# P.F. CHANG'S

P.F. Changs China Bistro, Inc.
8377 E. Hartford
Ste. 200
Scottsdale, AZ 85255
480-888-3000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/26/2020 |
| Period End Date | 03/10/2020 |
| Pay Date | 03/16/2020 |
| Document | 10573510 |
| Net Pay | $130.83 |

## Pay Details

**Joseph Anthony Romero Workman**
622 E Magnolia
Fort Collins, CO 80524
USA

| | |
|---|---|
| Employee Number | 313650 |
| SSN | 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 |
| Job | Server - PFC |
| Pay Rate | $8.9800 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Bistro Hourly |
| Location | 9981 Loveland |
| Cost Center | 9981 - 9981 Loveland |
| Market | BCM08 - Bistro - Central 08 |
| Region | BCEN - Bistro - Central |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | | | 0.0000 | $0.0000 | $0.00 | $19.91 |
| OT Premium Rate | | | 0.0000 | $0.0000 | $0.00 | $13.55 |
| Regular | 1 | Server - PFC | 22.2300 | $8.9800 | $199.63 | |
| Regular | 1 | Bartender Dinner - PFC | 3.6000 | $8.9800 | $32.33 | |
| Regular | 2 | Server - PFC | 1.9300 | $8.9800 | $17.33 | |
| Regular | 2 | Bartender Dinner - PFC | 7.2300 | $8.9800 | $64.93 | $3,000.26 |
| Tips-Cash | 1 | Server - PFC | | | $471.00 | |
| Tips-Cash | 1 | Bartender Dinner - PFC | | | $110.00 | |
| Tips-Cash | 2 | Server - PFC | | | $35.00 | |
| Tips-Cash | 2 | Bartender Dinner - PFC | | | $64.00 | $8,536.00 |

Total Hours Worked  34.9900          Total Hours  34.9900

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.9800 | 25.8300 | $3.0200 | $78.00 |
| 2 | CO | 9981 Loveland | $8.9800 | 9.1600 | $3.0200 | $27.66 |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Lucky Cat Fund | No | $1.00 | $4.00 | $0.00 | $0.00 |
| Retro Medical | Yes | $0.00 | $103.78 | $0.00 | $0.00 |
| Tips-Cash | No | $680.00 | $8,536.00 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $0.00 | $0.65 | $2.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $74.33 | $1,228.51 |
| Employee Medicare | $14.42 | $166.26 |
| Social Security Employee Tax | $61.64 | $710.89 |
| CO State Income Tax | $32.00 | $435.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7591 | Checking | $130.83 |
| Total | | $130.83 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $994.22 | $994.22 | $182.39 | $681.00 | $130.83 |
| YTD | $11,569.72 | $11,465.94 | $2,540.66 | $8,643.78 | $385.28 |

vsn 20181003

# P.F. CHANG'S

P.F. Changs China Bistro, Inc.
8377 E. Hartford
Ste. 200
Scottsdale, AZ 85255
480-888-3000

**Pay Statement**

**Period Start Date** 02/12/2020
**Period End Date** 02/25/2020
**Pay Date** 03/02/2020
**Document** 10555998
**Net Pay** $0.00

## Pay Details

**Joseph Anthony Romero Workman**
622 E Magnolia
Fort Collins, CO 80524
USA

**Employee Number** 313650
**SSN** 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
**Job** Server - PFC
**Pay Rate** $8.9800
**Pay Frequency** Biweekly

**Pay Group** Bistro Hourly
**Location** 9981 Loveland
**Cost Center** 9981 - 9981 Loveland
**Market** BCM08 - Bistro - Central 08
**Region** BCEN - Bistro - Central

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | | | 0.0000 | $0.0000 | $0.00 | $19.91 |
| OT Premium Rate | | | 0.0000 | $0.0000 | $0.00 | $13.55 |
| Regular | 1 | Server - PFC | 23.0800 | $8.9800 | $207.26 | |
| Regular | 1 | Bartender Dinner - PFC | 5.2000 | $8.9800 | $46.70 | |
| Regular | 1 | Bartender Lunch - PFC | 9.4200 | $8.9800 | $84.59 | |
| Regular | 2 | Server - PFC | 22.0300 | $8.9800 | $197.83 | $2,686.04 |
| Tips-Cash | 1 | Server - PFC | | | $525.00 | |
| Tips-Cash | 1 | Bartender Dinner - PFC | | | $175.00 | |
| Tips-Cash | 1 | Bartender Lunch - PFC | | | $300.00 | |
| Tips-Cash | 2 | Server - PFC | | | $544.00 | $7,856.00 |

Total Hours Worked  59.7300     Total Hours  59.7300

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.9800 | 37.7000 | $3.0200 | $113.85 |
| 2 | CO | 9981 Loveland | $8.9800 | 22.0300 | $3.0200 | $66.53 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Lucky Cat Fund | No | $0.00 | $3.00 | $0.00 | $0.00 |
| Retro Medical | Yes | $103.78 | $103.78 | $0.00 | $0.00 |
| Tips-Cash | No | $1,544.00 | $7,856.00 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $0.00 | $0.65 | $1.95 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $204.39 | $1,154.18 |
| Employee Medicare | $28.66 | $151.84 |
| Social Security Employee Tax | $122.55 | $649.25 |
| CO State Income Tax | $77.00 | $403.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,080.38 | $1,976.60 | $432.60 | $1,647.78 | $0.00 |
| YTD | $10,575.50 | $10,471.72 | $2,358.27 | $7,962.78 | $254.45 |

vsn 20181003

# P.F. CHANG'S

8377 E. Hartford
Ste. 200
Scottsdale, AZ 85255
480-888-3000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/29/2020 |
| Period End Date | 02/11/2020 |
| Pay Date | 02/14/2020 |
| Document | 10538481 |
| Net Pay | $122.81 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Joseph Anthony Romero Workman | Employee Number | 313650 | Pay Group | Bistro Hourly | |
| 622 E Magnolia | SSN | 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 | Location | 9981 Loveland | |
| Fort Collins, CO 80524 | Job | Server - PFC | Cost Center | 9981 - 9981 Loveland | |
| USA | Pay Rate | $8.9800 | Market | BCM08 - Bistro - Central 08 | |
| | Pay Frequency | Biweekly | Region | BCEN - Bistro - Central | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | | | 0.0000 | $0.0000 | $0.00 | $19.91 |
| OT Premium Rate | | | 0.0000 | $0.0000 | $0.00 | $13.55 |
| Regular | 1 | Server - PFC | 22.9000 | $8.9800 | $205.64 | |
| Regular | 1 | Bartender Dinner - PFC | 4.5800 | $8.9800 | $41.13 | |
| Regular | 2 | Server - PFC | 30.7900 | $8.9800 | $276.49 | $2,149.66 |
| Tips-Cash | 1 | Server - PFC | | | $445.00 | |
| Tips-Cash | 1 | Bartender Dinner - PFC | | | $105.00 | |
| Tips-Cash | 2 | Server - PFC | | | $805.00 | $6,312.00 |

| Total Hours Worked | 58.2700 | Total Hours | 58.2700 |
|---|---|---|---|

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.9800 | 27.4800 | $3.0200 | $82.99 |
| 2 | CO | 9981 Loveland | $8.9800 | 30.7900 | $3.0200 | $92.99 |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Lucky Cat Fund | No | $1.00 | $3.00 | $0.00 | $0.00 |
| Tips-Cash | No | $1,355.00 | $6,312.00 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $0.00 | $0.65 | $1.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $182.76 | $949.79 |
| Employee Medicare | $27.24 | $123.18 |
| Social Security Employee Tax | $116.45 | $526.70 |
| CO State Income Tax | $73.00 | $326.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7591 | Checking | $122.81 |
| Total | | $122.81 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,878.26 | $1,878.26 | $399.45 | $1,356.00 | $122.81 |
| YTD | $8,495.12 | $8,495.12 | $1,925.67 | $6,315.00 | $254.45 |

vsn 20181003

# P.F. CHANG'S

| | |
|---|---|
| 8377 E. Hartford | **Pay Statement** |
| Ste. 200 | **Period Start Date** 01/15/2020 |
| Scottsdale, AZ 85255 | **Period End Date** 01/28/2020 |
| 480-888-3000 | **Pay Date** 02/03/2020 |
| | **Document** 10520991 |
| | **Net Pay** $120.85 |

## Pay Details

| | | | |
|---|---|---|---|
| **Joseph Anthony Romero Workman** | **Employee Number** 313650 | **Pay Group** Bistro Hourly | |
| 622 E Magnolia | **SSN** 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 | **Location** 9981 Loveland | |
| Fort Collins, CO 80524 | **Job** Server - PFC | **Cost Center** 9981 - 9981 Loveland | |
| USA | **Pay Rate** $8.9800 | **Market** BCM08 - Bistro - Central 08 | |
| | **Pay Frequency** Biweekly | **Region** BCEN - Bistro - Central | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | | | 0.0000 | $0.0000 | $0.00 | $19.91 |
| OT Premium Rate | | | 0.0000 | $0.0000 | $0.00 | $13.55 |
| Regular | 1 | Server - PFC | 27.5100 | $8.9800 | $247.04 | |
| Regular | 2 | Server - PFC | 28.7100 | $8.9800 | $257.82 | $1,626.40 |
| Tips-Cash | 1 | Server - PFC | | | $732.00 | |
| Tips-Cash | 2 | Server - PFC | | | $585.00 | $4,957.00 |

Total Hours Worked 56.2200    Total Hours 56.2200

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.9800 | 27.5100 | $3.0200 | $83.08 |
| 2 | CO | 9981 Loveland | $8.9800 | 28.7100 | $3.0200 | $86.70 |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Lucky Cat Fund | No | $1.00 | $2.00 | $0.00 | $0.00 |
| Tips-Cash | No | $1,317.00 | $4,957.00 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $0.00 | $0.65 | $0.65 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $173.64 | $767.03 |
| Employee Medicare | $26.41 | $95.94 |
| Social Security Employee Tax | $112.96 | $410.25 |
| CO State Income Tax | $70.00 | $253.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7591 | Checking | $120.85 |
| Total | | $120.85 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,821.86 | $1,821.86 | $383.01 | $1,318.00 | $120.85 |
| YTD | $6,616.86 | $6,616.86 | $1,526.22 | $4,959.00 | $131.64 |

vsn 20181003

# P.F. CHANG'S

8377 E. Hartford
Ste. 200
Scottsdale, AZ 85255
480-888-3000

**Pay Statement**
Period Start Date 01/01/2020
Period End Date 01/14/2020
Pay Date 01/17/2020
Document 10503583
Net Pay $10.79

## Pay Details

Joseph Anthony Romero Workman
622 E Magnolia
Fort Collins, CO 80524
USA

Employee Number 313650
SSN 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
Job Server - PFC
Pay Rate $8.9800
Pay Frequency Biweekly

Pay Group Bistro Hourly
Location 9981 Loveland
Cost Center 9981 - 9981 Loveland
Market BCM08 - Bistro - Central 08
Region BCEN - Bistro - Central

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | 1 | Server - PFC | 0.7600 | $8.9800 | $6.82 | $19.91 |
| OT Premium Rate | 1 | Server - PFC | 0.7600 | $6.0000 | $4.56 | $13.55 |
| Regular | 1 | Server - PFC | 40.0000 | $8.9800 | $359.20 | |
| Regular | 2 | Server - PFC | 30.6000 | $8.9800 | $274.79 | $1,121.54 |
| Tips-Cash | 1 | Server - PFC | | | $1,198.00 | |
| Tips-Cash | 2 | Server - PFC | | | $720.00 | $3,640.00 |

Total Hours Worked 71.3600    Total Hours 71.3600

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.9800 | 40.7600 | $3.0200 | $123.10 |
| 2 | CO | 9981 Loveland | $8.9800 | 30.6000 | $3.0200 | $92.41 |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Lucky Cat Fund | No | $1.00 | $1.00 | $0.00 | $0.00 |
| Tips-Cash | No | $1,918.00 | $3,640.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $333.48 | $593.39 |
| Employee Medicare | $37.17 | $69.53 |
| Social Security Employee Tax | $158.93 | $297.29 |
| CO State Income Tax | $104.00 | $183.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx7591 | Checking | $10.79 |
| Total | | $10.79 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,563.37 | $2,563.37 | $633.58 | $1,919.00 | $10.79 |
| YTD | $4,795.00 | $4,795.00 | $1,143.21 | $3,641.00 | $10.79 |

vsn 20181003

# P.F. CHANG'S

| | |
|---|---|
| 8377 E. Hartford | **Pay Statement** |
| Ste. 200 | **Period Start Date** 12/18/2019 |
| Scottsdale, AZ 85255 | **Period End Date** 12/31/2019 |
| 480-888-3000 | **Pay Date** 01/06/2020 |
| | **Document** 10486435 |
| | **Net Pay** $0.00 |

## Pay Details

| | | | |
|---|---|---|---|
| **Joseph Anthony Romero Workman** | **Employee Number** 313650 | **Pay Group** Bistro Hourly | |
| 622 E Magnolia | **SSN** 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 | **Location** 9981 Loveland | |
| Fort Collins, CO 80524 | **Job** Server - PFC | **Cost Center** 9981 - 9981 Loveland | |
| USA | **Pay Rate** $8.9800 | **Market** BCM08 - Bistro - Central 08 | |
| | **Pay Frequency** Biweekly | **Region** BCEN - Bistro - Central | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | 1 | Server - PFC | 1.6200 | $8.0800 | $13.09 | $13.09 |
| OT Premium Rate | 1 | Server - PFC | 1.6200 | $5.5500 | $8.99 | $8.99 |
| Regular | 1 | Server - PFC | 40.0000 | $8.0800 | $323.20 | |
| Regular | 2 | Server - PFC | 13.1100 | $8.0800 | $105.93 | |
| Regular | 2 | Bartender Lunch - PFC | 7.2300 | $8.0800 | $58.42 | $487.55 |
| Tips-Cash | 1 | Server - PFC | | | $1,327.00 | |
| Tips-Cash | 2 | Server - PFC | | | $275.00 | |
| Tips-Cash | 2 | Bartender Lunch - PFC | | | $120.00 | $1,722.00 |

| | | |
|---|---|---|
| Total Hours Worked  61.9600 | Total Hours  61.9600 | |

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.0800 | 41.6200 | $3.0200 | $125.69 |
| 2 | CO | 9981 Loveland | $8.0800 | 20.3400 | $3.0200 | $61.42 |

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| Tips-Cash | No | $1,722.00 | $1,722.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $259.91 | $259.91 |
| Employee Medicare | $32.36 | $32.36 |
| Social Security Employee Tax | $138.36 | $138.36 |
| CO State Income Tax | $79.00 | $79.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,231.63 | $2,231.63 | $509.63 | $1,722.00 | $0.00 |
| YTD | $2,231.63 | $2,231.63 | $509.63 | $1,722.00 | $0.00 |

vsn 20181003

# P.F. CHANG'S

8377 E. Hartford
Ste. 200
Scottsdale, AZ 85255
480-888-3000

**Pay Statement**
Period Start Date: 12/04/2019
Period End Date: 12/17/2019
Pay Date: 12/23/2019
Document: 10469022
Net Pay: $0.00

## Pay Details

| | | | |
|---|---|---|---|
| Joseph Anthony Romero Workman | Employee Number: 313650 | Pay Group: Bistro Hourly | Federal Income Tax: S 1 |
| 622 E Magnolia | SSN: 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 | Location: 9981 Loveland | CO State Income Tax (Residence): S 1 |
| Fort Collins, CO 80524 | Job: Server - PFC | Cost Center: 9981 - 9981 Loveland | CO State Income Tax (Work): S 1 |
| USA | Pay Rate: $8.0800 | Market: BCM08 - Bistro - Central 08 | |
| | Pay Frequency: Biweekly | Region: BCEN - Bistro - Central | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| OT Base Rate | 2 | Server - PFC | 1.0500 | $8.0800 | $8.48 | $11.55 |
| OT Premium Rate | 2 | Server - PFC | 1.0500 | $5.5501 | $5.83 | $7.94 |
| Regular | 1 | Server - PFC | 27.5800 | $8.0800 | $222.85 | |
| Regular | 1 | Bartender Dinner - PFC | 4.2500 | $8.0800 | $34.34 | |
| Regular | 2 | Server - PFC | 40.0000 | $8.0800 | $323.20 | $11,322.34 |
| T&E Reimburseme | | | 0.0000 | $0.0000 | $0.00 | $52.20 |
| Tips-Cash | 1 | Server - PFC | | | $710.00 | |
| Tips-Cash | 1 | Bartender Dinner - PFC | | | $115.00 | |
| Tips-Cash | 2 | Server - PFC | | | $1,150.00 | $29,518.13 |

Total Hours Worked 72.8800       Total Hours 72.8800

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Maximum Tip Credit Rate | Tip Credit |
|---|---|---|---|---|---|---|
| 1 | CO | 9981 Loveland | $8.0800 | 31.8300 | $3.0200 | $96.12 |
| 2 | CO | 9981 Loveland | $8.0800 | 41.0500 | $3.0200 | $123.97 |

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Pre-Tax | | Current | YTD | Current | YTD |
| Lucky Cat Fund | No | | $0.00 | $5.00 | $0.00 | $0.00 |
| Medical Gold | Yes | | $0.00 | $3,271.15 | $414.42 | $9,946.08 |
| Tips-Cash | No | | $1,975.00 | $29,518.13 | $0.00 | $0.00 |
| Group Term Life | No | | $0.00 | $0.00 | $0.65 | $15.60 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $338.12 | $3,516.14 |
| Employee Medicare | $37.26 | $545.04 |
| Social Security Employee Tax | $159.32 | $2,330.50 |
| CO State Income Tax | $60.00 | $1,331.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,569.70 | $2,569.70 | $594.70 | $1,975.00 | $0.00 |
| YTD | $40,912.16 | $37,588.81 | $7,722.68 | $32,794.28 | $395.20 |

vsn 20181003