```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                           Case No. 20-12468-CDP
Joseph Anthony Romero Workman                                    Chapter 7
          Debtor              CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin                 Page 1 of 1        Date Rcvd: Apr 08, 2020
                              Form ID: 769                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2020.
db              Joseph Anthony Romero Workman,    622 E Magnolia St,    Fort Collins, CO 80524-2912
18758373        Andy Workman,    PO Box 2301,    Fort Collins, CO 80522-2301
18758374        Bank of the West,    PO Box 4024,    Alameda, CA 94501-0424
18758383       +Lending Club Corp,    595 Market St,    San Francisco, CA 94105-2807
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: levibrooks@earthlink.net Apr 09 2020 01:46:29     Levi A. Brooks,
                 155 E. Boardwalk Dr.,    #400,    Fort Collins, CO 80525
tr             +EDI: QDAHEPNER.COM Apr 09 2020 05:38:00      Daniel A. Hepner,    Daniel A. Hepner, Trustee,
                 2095 West 6th Avenue,    Ste 200,    Broomfield, CO 80020-1880
18758372        EDI: AMEREXPR.COM Apr 09 2020 05:38:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
18758376        E-mail/Text: BANKRUPTCY@BELLCO.ORG Apr 09 2020 01:46:54     Bellco Credit Union,    PO Box 6611,
                 Greenwood Village, CO 80155-6611
18758375        EDI: TSYS2.COM Apr 09 2020 05:38:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
18758377        EDI: CAPITALONE.COM Apr 09 2020 05:38:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
18758378        EDI: CITICORP.COM Apr 09 2020 05:38:00      Citicards/CBNA,    PO Box 6217,
                 Sioux Falls, SD 57117-6217
18758379        EDI: WFNNB.COM Apr 09 2020 05:38:00      Comenity Bank/Ulta,    PO Box 182120,
                 Columbus, OH 43218-2120
18758380        E-mail/Text: bncnotices@becket-lee.com Apr 09 2020 01:47:11     Conn Appliances Inc,
                 PO Box 2358,    Beaumont, TX 77704-2358
18758381        E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2020 01:56:51     Credit One Bank NA,
                 PO Box 98872,    Las Vegas, NV 89193-8872
18758382        EDI: TSYS2.COM Apr 09 2020 05:38:00      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
18758384        EDI: RMSC.COM Apr 09 2020 05:38:00      Syncb/JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
18758385        EDI: RMSC.COM Apr 09 2020 05:38:00      Syncb/Sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
18758591       +EDI: RMSC.COM Apr 09 2020 05:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
18758386        EDI: WTRRNBANK.COM Apr 09 2020 05:38:00      Td Bank USA/Target,    PO Box 673,
                 Minneapolis, MN 55440-0673
18758387        EDI: CITICORP.COM Apr 09 2020 05:38:00      The Home Depot/Cbna,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
18758388        EDI: WFFC.COM Apr 09 2020 05:38:00      Wells Fargo Bank,    PO Box 5169,
                 Sioux Falls, SD 57117-5169
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:
         Daniel A. Hepner    d.hepner@dah-law.com, dhepner@ecf.axosfs.com
         Levi A. Brooks    on behalf of Debtor Joseph Anthony Romero Workman levibrooks@earthlink.net
         US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                               TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Joseph Anthony Romero Workman<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7612<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Colorado | Date case filed for chapter:   7   4/7/20 |
| Case number: | 20–12468–CDP | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph Anthony Romero Workman | |
| 2. | **All other names used in the last 8 years** | aka Joseph Romero | |
| 3. | **Address** | 622 E Magnolia St<br>Fort Collins, CO 80524–2912 | |
| 4. | **Debtor's attorney**<br>Name and address | Levi A. Brooks<br>155 E. Boardwalk Dr.<br>#400<br>Fort Collins, CO 80525 | Contact phone (970) 221–2866<br>Email levibrooks@earthlink.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel A. Hepner<br>Daniel A. Hepner, Trustee<br>2095 West 6th Avenue<br>Ste 200<br>Broomfield, CO 80020 | Contact phone 303–444–5141<br>Email d.hepner@dah–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#769**   page 1
b309a_7cna

The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court US Custom House 721 19th St. Denver, CO 80202–2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM  Contact phone 720–904–7300  Date: 4/8/20 |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 8, 2020** at **10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  Under Bankruptcy Rule 4002(b)(1)–(2), you shall bring the following to the meeting of creditors:  1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such docmumentation does not exist;  2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank, credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and  3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B). | Location:  **Telephonic Meeting of Creditors, Please call five minutes in advance, Conference Number – 866–705–4985, Passcode – 2872203** |

| | | | |
|---|---|---|---|
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** **7/7/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| The case trustee must receive these documents by the following deadlines. | **Deadline to provide documents:** | **Filing deadline:** 7 days *before* the the meeting of creditors |
| | You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See Fed. R. Bankr. P. 4002(b). The debtor's failure to comply will result in dismissal of the case unless the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. See L.B.R. 1017–2. | |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |