Certificate Number: 15111-CO-DE-034667518

Bankruptcy Case Number: 20-12468



15111-CO-DE-034667518

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2020, at 1:59 o'clock AM EDT, Joseph Anthony Romero Workman completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date:   July 15, 2020                By:    /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education