United States Bankruptcy Court
District of Colorado

In re:                                                           Case No. 20-12468-CDP
Joseph Anthony Romero Workman                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1            User: admin             Page 1 of 1              Date Rcvd: Jul 17, 2020
                                Form ID: 177            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.
db              Joseph Anthony Romero Workman,   622 E Magnolia St,   Fort Collins, CO  80524-2912
18758373        Andy Workman,   PO Box 2301,   Fort Collins, CO  80522-2301
18758374        Bank of the West,   PO Box 4024,   Alameda, CA  94501-0424
18818244        Conn Appliances, Inc.,   c/o Becket and Lee LLP,   PO Box 3002,   Malvern PA 19355-0702
18758383       +Lending Club Corp,   595 Market St,   San Francisco, CA 94105-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QDAHEPNER.COM Jul 18 2020 06:18:00      Daniel A. Hepner,   Daniel A. Hepner, Trustee,
                 2095 West 6th Avenue,   Ste 200,   Broomfield, CO 80020-1880
18758372        EDI: AMEREXPR.COM Jul 18 2020 06:18:00      American Express,   PO Box 981537,
                 El Paso, TX  79998-1537
18758376        E-mail/Text: BANKRUPTCY@BELLCO.ORG Jul 18 2020 02:32:12      Bellco Credit Union,   PO Box 6611,
                 Greenwood Village, CO  80155-6611
18758375        EDI: TSYS2.COM Jul 18 2020 06:18:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE  19899-8803
18758377        EDI: CAPITALONE.COM Jul 18 2020 06:18:00      Capital One Bank USA,   PO Box 30281,
                 Salt Lake City, UT  84130-0281
18758378        EDI: CITICORP.COM Jul 18 2020 06:18:00      Citicards/CBNA,   PO Box 6217,
                 Sioux Falls, SD  57117-6217
18758379        EDI: WFNNB.COM Jul 18 2020 06:18:00      Comenity Bank/Ulta,   PO Box 182120,
                 Columbus, OH  43218-2120
18758380        E-mail/Text: bncnotices@becket-lee.com Jul 18 2020 02:32:37      Conn Appliances Inc,
                 PO Box 2358,   Beaumont, TX  77704-2358
18758381        E-mail/PDF: creditonebknotifications@resurgent.com Jul 18 2020 02:38:50      Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV  89193-8872
18758382        EDI: TSYS2.COM Jul 18 2020 06:18:00      Dsnb Macys,   PO Box 8218,   Mason, OH  45040-8218
18758384        EDI: RMSC.COM Jul 18 2020 06:18:00      Syncb/JC Penney,   PO Box 965007,
                 Orlando, FL  32896-5007
18758385        EDI: RMSC.COM Jul 18 2020 06:18:00      Syncb/Sams Club,   PO Box 965005,
                 Orlando, FL  32896-5005
18758591       +EDI: RMSC.COM Jul 18 2020 06:18:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
18758386        EDI: WTRRNBANK.COM Jul 18 2020 06:18:00      Td Bank USA/Target,   PO Box 673,
                 Minneapolis, MN  55440-0673
18758387        EDI: CITICORP.COM Jul 18 2020 06:18:00      The Home Depot/Cbna,   PO Box 6497,
                 Sioux Falls, SD  57117-6497
18758388        EDI: WFFC.COM Jul 18 2020 06:18:00      Wells Fargo Bank,   PO Box 5169,
                 Sioux Falls, SD  57117-5169
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2020 at the address(es) listed below:
              Daniel A. Hepner    d.hepner@dah-law.com, dhepner@ecf.axosfs.com
              Levi A. Brooks    on behalf of Debtor Joseph Anthony Romero Workman levibrooks@earthlink.net
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                               TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph Anthony Romero Workman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7612<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Colorado | |
| Case number: | 20–12468–CDP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Anthony Romero Workman
aka Joseph Romero

7/17/20                             **By the court:** Cathleen D. Parker
                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 COB#177 b318_7        **Order of Discharge**                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**